FILED

NOV 05 2024

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:24-CR-70 |
| DAVON JULIUS, | Violations: 18 U.S.C. § 751(a) |
| Defendant. | |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Escape of Prisoner in Custody)

On or about June 11, 2024, in Harrison County, West Virginia, within the Northern District of West Virginia, the defendant, **DAVON JULIUS**, did knowingly escape from the custody of the Attorney General while at Dismas Charities, Inc., a residential re-entry center, a facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Maryland upon conviction for the commission of the felony offenses of Conspiracy to Possess, Conceal, Sell, and Dispose of Stolen Firearms, and Sale of Firearms to a Prohibited Person, Aiding and Abetting, in violation of Title 18, United States Code, Section 751(a).

A true bill,

/s/
Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Brandon S. Flower
Assistant United States Attorney